**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: N.D.P., A MINOR  :  No. 344 EAL 2018
:
:
PETITION OF: T.A.P., MOTHER       :  Petition for Allowance of Appeal from
:  the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.